## MISSOURI, K. & T. RY. CO. v. SMITH.

No. 1824.    Opinion Filed May 14, 1912.

(123 Pac. 1063.)

**TRIAL—Verdict—Validity.** In a case pending before statehood, the verdict of the jury must be unanimous; and it is error to instruct the jury, over the objection of one of the parties, that less than the whole number can return a verdict; and it is error to receive a verdict by less than the whole number.

(Syllabus by Rosser, C.)

*Error from District Court, Craig County;*
*John J. Shea, Judge.*

Action by W. M. Smith against the Missouri, Kansas & Texas Railway Company. Judgment for plaintiff, and defendant brings error. Reversed and remanded.

*Clifford L. Jackson, Wm. R. Allen,* and *M. D. Green,* for plaintiff in error.

*Preston S. Davis* and *Wm. P. Thompson,* for defendant in error.

Opinion by ROSSER, C. Over the objection of the plaintiff in error, the court instructed the jury that three-fourths of their number might return a verdict. The verdict was actually rendered by ten jurors. Plaintiff in error duly excepted and saved his exceptions.

This question has been decided in this court in the cases of *Pacific Mutual Life Ins. Co. v. Adams,* 27 Okla. 496, 112 Pac. 1026; *Kerfoot, Bell & Co. v. Kerfoot,* 30 Okla. 19, 118 Pac. 367; *Border·v. Carrabine,* 30 Okla. 740, 120 Pac. 1087. In all these cases, it was held ·to be error to receive a verdict of less than the whole number of jurors in cases pending prior to statehood.

This case should be reversed and remanded.

By the Court: It is so ordered.